People v Harrington (2026 NY Slip Op 01716)

People v Harrington

2026 NY Slip Op 01716

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, OGDEN, AND HANNAH, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (150/20) KA 16-00193.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vMARQUIS D. HARRINGTON, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.